

```
SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR #56671)
SAGARIA LAW, P.C.
333 WEST SAN CARLOS STREET
SUITE 620
SAN JOSE, CALIFORNIA 95110
(408) 279-2288
(408) 279-2299 FAX

Attorneys for Debtor in Possession
Aida Alban Miranda dba
Sunrise Manor Residential Care Hon
```

**Entered on Docket
March 18, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED.
Signed March 18, 2013

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt
U.S. Bankruptcy**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>AIDA ALBAN MIRANDA dba<br>SUNRISE MANOR RESIDENTIAL CARE HOMES,<br><br>    Debtor-in-possession, | Bankruptcy No.: 11-54952 ASW 11<br><br>**ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Confirmation Hearing**<br><br>Date: March 8, 2013<br>Time: 2:15PM<br>Crtrm: 3035<br>Location: United States Bankruptcy Court<br>  280 South First Street<br>  San Jose, California<br><br>HON. ARTHUR S. WEISSBRODT |

The matter of confirmation of debtor and debtor in possession AIDA ALBAN MIRANDA dba SUNRISE MANOR RESIDENTIAL CARE HOMES' ("Debtor'") **Amended**

**Chapter 11 Plan** filed on November 26, 2012 (the "Amended Plan"), and for final approval of Debtor's **Amended Disclosure Statement** filed on November 26, 2012 (the "Amended Disclosure Statement"), came on for hearing on March 8, 2013 before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge. Appearances were noted on the record.

It appearing the Debtor shall supplement the execution of the Amended Plan as follows:

a. *The Treatment of Class 3 Creditor's claim shall be governed pursuant to the **Stipulation Regarding Treatment of Class 3 Creditor's Claim Under Debtor's Chapter 11 Plan of Reorganization** filed on August 14, 2012 [See PACER No.: 88], which became an Order of the Court on December 20, 2012 [See PACER No.: 116].*

b. *The Treatment of Class 4 Creditor's claim shall be governed pursuant to the **Stipulation Re: Treatment of Creditor's Claim Under Debtor's Proposed Chapter 11 Plan of Reorganization** filed on March 4, 2013 [See PACER No.: 133]. Further, Class 4 Creditor has advanced $12,355.51 for payment of post-petition escrow advances made following the date of the filing. Debtor shall pay the amount of $12,355.51 to Class 4 Creditor on the Effective Date.*

The Amended Plan and Amended Disclosure Statement having been transmitted to creditors and equity security holders together with a copy of the Amended Disclosure Statement conditionally approved by the Court on December 3, 2012; and it having been determined after notice and a hearing that the requirements for final approval of the Amended Disclosure Statement have been satisfied, and it having been determined after notice and a hearing that the requirements for confirmation of the Amended Plan under 11 U.S.C. § 1129 have been satisfied and good cause appearing therefore;

**IT IS ORDERED THAT**:

The Debtor's Amended Disclosure Statement filed on November 26, 2012 is FINALLY APPROVED and;

**IT IS FURTHER ORDERED THAT**

Debtor's Amended Chapter 11 Plan filed on November 26, 2012 is CONFIRMED.

***END OF ORDER***

Approved as to Form and Content.

/s/ L. Bryant Jaquez, Esq. on behalf of Mark Domeyer, Esq.
───────────────────────────────
MARK DOMEYER
Attorney for Class 3 Creditor
U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to Lasalle Bank, National Association as Trustee for WaMu Mortgage Pass-Through Certificates Series 2007-OA5 Trust


/s/ Matthew R. Clark III, Esq.          Approved as to form.
───────────────────────────────
MATTHEW R. CLARK III
Attorney for Class 4 Creditor
Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4


No Objections.

/s/ John S. Wesolowski
───────────────────────────────
John S. Wesolowski
Attorney for the United States Trustee

# COURT SERVICE LIST

**By United States Mail**
[All Parties]

**Entered on Docket
March 18, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Aida Alban Miranda | Case No.: 11–54952 ASW 11 |
| Debtor(s) | Chapter: 11 |

### NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 03/18/2013 confirming the plan of reorganization filed by the debtor(s) on November 26, 2012 .

Dated: 3/18/13

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

# Notice Recipients

District/Off: 0971−5   User: nortiz   Date Created: 3/18/2013
Case: 11−54952   Form ID: OCP   Total: 92

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| aty | Christopher M. McDermott | ecfcanb@piteduncan.com |
| aty | Jennifer A. Bender | bankruptcy@zievelaw.com |
| aty | John S. Wesolowski | john.wesolowski@usdoj.gov |
| aty | Les Zieve | bankruptcy@zievelaw.com |
| aty | Mark T. Domeyer | mdomeyer@mileslegal.com |
| aty | Matthew R. Clark, III | mclark@piteduncan.com |
| aty | Richard J. Bauer, Jr. | rbauer@mileslegal.com |
| aty | Scott J. Sagaria | ECFGotNotices@Gmail.com |

                                                                                            TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Aida Alban Miranda         PO Box 3557         Santa Clara, CA 95055
ombh        Joseph Rodrigues        Office of the State Long−Term Care Ombud         California Department of Aging         1300 National Drive, Suite 200         Sacramento, CA 95834
reqntc      Washington Mutual Bank         4375 Jutland Drive, Suite 200         P.O. Box 17933         San Diego, CA 92177−0933
ombh        Joseph Rodrigues         State Long−Term Care Ombudsman         California Department of Aging         1300 National Drive #200         Sacramento, CA 95834
reqntc      Ascension Capital Group         PO BOX 201347         ARLINGTON, TX 76006
reqntc      Ocwen Loan Servicing, LLC         c/o Law Offices of Les Zieve         18377 Beach Blvd., Suite 210         Huntington Beach, CA 92648
reqntc      HSBC Bank USA, N.A...         Miles, Bauer, Bergstrom &Winters, LLP         1231 E. Dyer Road, Suite 100         Santa Ana, CA 92705
cr          HSBC Bank USA, N.A...         Miles, Bauer, Bergstrom &Winters, LLP         1231 E. Dyer Road, Suite 100         Santa Ana, CA 92705
cr          LCS Financial Services Corporation         6782 South Potomac St., #100         Centennial, CO 80112
cr          U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to Lasalle Bank, National Association as Trustee for WaMu M         Pite Duncan, LLP c/o Matthew Clark         4375 Jutland Dr., Ste. 200         PO Box 17933         San Diego, CA 92177−0933
cr          PRA Receivables Management, LLC         PO Box 12907         Norfolk, VA 23541
cr          U.S. Bank National Association as Trustee for the Registered Holders of ABFC 2007−WMC1 Trust Asset Backed Funding Corporation Asset Backed Certificates, Series 2007−WMC1         Law offices of Les Zieve         18377 Beach Blvd, Suite 210         Huntington Beach, CA 92648
smg         IRS         P.O. Box 7346         Philadelphia, PA 19101−7346
smg         State Board of Equalization         Attn: Special Procedures Section, MIC:55         P.O. Box 942879         Sacramento, CA 94279
smg         CA Employment Development Dept.         Bankruptcy Group MIC 92E         P.O. Box 826880         Sacramento, CA 94280−0001
smg         CA Franchise Tax Board         Attn: Special Procedures         P.O. Box 2952         Sacramento, CA 95812−2952
smg         IRS         P.O. Box 7346         Philadelphia, PA 19101−7346
11893861    American Express         c/o Becket and Lee LLP         Po Box 3001         Malvern, PA 19355
11893862    American Express         c/o Becket and Lee LLP         Po Box 3001         Malvern, PA 19355
11893860    American Express         c/o Becket and Lee LLP         Po Box 3001         Malvern, PA 19355
11902150    American Express Bank FSB         c/o Becket and Lee LLP         POB 3001         Malvern PA 19355−0701
11902149    American Express Centurion Bank         c/o Becket and Lee LLP         POB 3001         Malvern PA 19355−0701
11893863    Arrow Financial Services         5996 W Touhy Ave         Niles, IL 60714
11939826    Ascension Capital Group, Inc.         Attn: JP Morgan Chase Bank         National Association Department         PO Box 201347         Arlington, TX 76006
11893864    Atty Gen, US Dept of Justice         Civil Trial Sec., Western Reg         PO Box 683, Ben Franklin Stat.         Washington, DC 20044
11893865    Bac Home Loans Servici         450 American St         Simi Valley, CA 93065
11893866    Cach Llc         Attention: Bankruptcy Department         4340 South Monaco St. 2nd Floor         Denver, CO 80237
11893867    Capital One Bank         c/o Elizabeth A. Bleier, Esq.         16130 Ventura Blvd. Suite 620         San Jose, CA 95113
13013989    Capital One Bank (USA), N.A.         PO Box 12907         Norfolk, VA 23541
11944481    Capital One Bank (USA), N.A.         by American InfoSource LP as agent         PO Box 71083         Charlotte, NC 28272−1083
11893868    Capital One Bank, N.A.         by American Infosource Lp As Agent         P.O. box 71083         Charlotte, NC 28272
11893869    Capital One Bank, N.A.         by American Infosource Lp As Agent         P.O. box 71083         Charlotte, NC 28272
11893870    Capital One Business         PO Box 85619         Richmond, VA 23285−5619
11893871    Capital One, N.a.         C/O American Infosource         Po Box 54529         Oklahoma City, OK 73154
11893872    Capital One, N.a.         C/O American Infosource         Po Box 54529         Oklahoma City, OK 73154

| ID | Name | Address |
|---|---|---|
| 11893873 | Cecile Eustaquio | 1998 Park Ave  San Jose, CA 95126 |
| 11893874 | Chase | Po Box 1093  Northridge, CA 91328 |
| 11893875 | Citi Flex | Po Box 6241  Sioux Falls, SD 57117 |
| 11893876 | City Ntl Bk | Attn: Bankruptcy  Po Box 785057  Orlando, FL 32878 |
| 11893877 | Dcfs Usa Llc | 2050 Roanoke Rd  Westlake, TX 76262 |
| 11893878 | Dell Financial Services | Attn: Bankruptcy Dept.  Po Box 81577  Austin, TX 78708 |
| 12054665 | Dell Financial Services L.L.C. | c/o Resurgent Capital Services  PO Box 10390  Greenville, SC 29603–0390 |
| 11893879 | Department Stores National Bank | Bankruptcy Processing  PO Box 8053  Mason, OH 45040 |
| 11893880 | Department Stores National Bank/Macys | Bankruptcy Processing  PO Box 8053  Mason, OH 45040 |
| 11893881 | EDD | P.O. Box 826880  Sacramento, CA 94280 |
| 11893882 | Emerge | PO Box 790346  Saint Louis, MO 63179–0346 |
| 11893883 | Franchise Tax Board | ATTN: Special Procedures  P.O. Box 2952 MS–A430  Sacramento, CA 95812 |
| 11893884 | Franchise Tax Board | ATTN: Special Procedures  P.O. Box 2952 MS–A430  Sacramento, CA 95812 |
| 11978394 | HSBC Bank Nevada, N.A. | by PRA Receivables Management, LLC  PO Box 12907  Norfolk VA 23541 |
| 11893886 | HSBC Bank USA NA | PO Box 5213  Carol Stream, IL 60197 |
| 12111898 | HSBC Bank USA, N.A. | c/o Richard J Bauer, Jr.  1231 E. Dyer Road, Suite 100  Santa Ana, CA 92705 |
| 12112295 | HSBC Bank USA, National Association as Trustee... | Miles, Bauer, Bergstrom &Winters, LLP  1231 E. Dyer Road, Suite 100  Santa Ana, CA 92705 |
| 11893887 | HSBC Receivable Acquisition Company 1 | Attn: Laurie Fix  PO Box 5213  Carol Stream, IL 60197 |
| 11938170 | HSBC Receivable Acquisition Company 1 | HSBC Bank USA N.A.  P.O. Box 5213  Carol Stream, IL 60197 |
| 11893885 | Hilco Rec | Attn: Bankruptcy  1120 Lake Cook Road Suite B  Buffalo Grove, IL 60089 |
| 11893888 | Internal Revenue Service | Centralized Insolvency Operations  P.O. Box 21126  Philadelphia, PA 19114 |
| 11893889 | Internal Revenue Service | Centralized Insolvency Operations  P.O. Box 21126  Philadelphia, PA 19114 |
| 11941157 | Internal Revenue Service | P.O. Box 7346  Philadelphia, PA 19101–7346 |
| 12165887 | JP Morgan Chase Bank | c/o Ascension Capital Group  P.O. Box 201347  Arlignton, TX 76006 |
| 12799009 | JP Morgan Chase, NA | c/o LCS Financial Services COrporation  6782 S. Potomac Street  Suite 100  Centennial, CO 80112 |
| 11893890 | Macys/fdsb | Macy's Bankruptcy  Po Box 8053  Mason, OH 45040 |
| 11893891 | Mark D. Walsh | Legal Recovery Law Offices, Inc.  5030 Camino De La Siesta, #340  San Diego, CA 92108 |
| 11893892 | NCO Financial Systems, Inc. | PO Box 4275  Norcross, GA 30091 |
| 11957069 | OCWEN LOAN SERVICING, LLC | c/o Les Zieve, Esq.  LAW OFFICES OF LES ZIEVE  18377 Beach Blvd., Suite 210  Huntington Beach, CA 92648 |
| 11933291 | Ocwen Loan Servicing, LLC | Attn: Bankruptcy Department  1661 Worthington Rd  Suite 100  West Palm Beach, FL 33409 |
| 11893893 | Oxford Collection Services | 135 Maxess Road  Melville, NY 11747 |
| 11893894 | Portfolio Rc | Attn: Bankruptcy  Po Box 41067  Norfolk, VA 23541 |
| 12054632 | Portfolio Recovery Associates, LLC | POB 41067  Norfolk VA 23541 |
| 11893895 | Resurgent Capital Services | PO Box 10390  Greenville, SC 29603 |
| 11893896 | Richard E. Golden, Esq. | Bleier &Cox LLP  16130 Ventura Blvd, Ste 620  Encino, CA 91436 |
| 11893897 | Richard Golden | Bleier &Cox LLP  16130 Ventura Blvd, Ste 620  Encino, CA 91436 |
| 11893898 | Securities and Exchange Commission | San Francisco Regional Office  44 Montgomery Street, Suite 2600  San Francisco, CA 94104 |
| 11893899 | Thelma Waterkamp | 583 Alvarado St  Brisbane, CA 94005 |
| 12388610 | U.S. Bank National Association, as Trustee | Chase Records Center  Attn: Correspondence Mail  Mail Code LA4–555  700 Kansas Lane  Monroe, LA 71203 |
| 12166781 | U.S. Bank National Association, as Trustee | c/o JPMorgan Chase Bank, NA  Attn: OH4–7302  3415 Vision Drive  Columbus, OH 43219 |
| 11893900 | US Atty, Chief Tax Division | 450 Golden Gate Ave  10th Floor, Box 36055  San Francisco, CA 94102 |
| 11893901 | Vericrest | Po Box 24610  Oklahoma City, OK 73124 |
| 11923463 | Washington Mutual Bank | c/o Christopher M. McDermott  PITE DUNCAN, LLP  4375 Jutland Drive, Suite 200  P.O. Box 17933  San Diego, CA 92177–0933 |
| 11893902 | Washington Mutual Mortgage/ Chase | Attention: Bankruptcy Dept. JAXA 2035  7255 Bay Meadows Way  Jacksonville, FL 32256 |
| 11893903 | Wells Fargi BA | S4101–08C  100 W. Washington Street  Phoenix, AZ 85003 |
| 11908742 | Wells Fargo Bank, N.A. | Business Direct Division  100 W. Washington St., 8th Flr  Phoenix, AZ 85003 |
| 11893904 | Wells Fargo Business D | Po Box 29482  Phoenix, AZ 85038 |
| 11893905 | Wells Fargo Card Ser | Po Box 5058  Portland, OR 97208 |

TOTAL: 83

# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–5 | User: nortiz | | Date Created: 3/18/2013 |
| Case: 11–54952 | Form ID: pdfeoall | | Total: 87 |

**Recipients of Notice of Electronic Filing:**
```
ust      Office of the U.S. Trustee / SJ       USTPRegion17.SJ.ECF@usdoj.gov
aty      Christopher M. McDermott       ecfcanb@piteduncan.com
aty      Jennifer A. Bender       bankruptcy@zievelaw.com
aty      John S. Wesolowski       john.wesolowski@usdoj.gov
aty      Les Zieve       bankruptcy@zievelaw.com
aty      Mark T. Domeyer       mdomeyer@mileslegal.com
aty      Matthew R. Clark, III       mclark@piteduncan.com
aty      Richard J. Bauer, Jr.       rbauer@mileslegal.com
aty      Scott J. Sagaria       ECFGotNotices@Gmail.com
```
                                                                                                                             TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db        Aida Alban Miranda       PO Box 3557       Santa Clara, CA 95055
ombh      Joseph Rodrigues       Office of the State Long–Term Care Ombud       California Department of
          Aging       1300 National Drive, Suite 200       Sacramento, CA 95834
reqntc    Washington Mutual Bank       4375 Jutland Drive, Suite 200       P.O. Box 17933       San Diego, CA
          92177–0933
ombh      Joseph Rodrigues       State Long–Term Care Ombudsman       California Department of Aging       1300
          National Drive #200       Sacramento, CA 95834
reqntc    Ascension Capital Group       PO BOX 201347       ARLINGTON, TX 76006
reqntc    Ocwen Loan Servicing, LLC       c/o Law Offices of Les Zieve       18377 Beach Blvd., Suite
          210       Huntington Beach, CA 92648
reqntc    HSBC Bank USA, N.A...       Miles, Bauer, Bergstrom &Winters, LLP       1231 E. Dyer Road, Suite
          100       Santa Ana, CA 92705
cr        HSBC Bank USA, N.A...       Miles, Bauer, Bergstrom &Winters, LLP       1231 E. Dyer Road, Suite
          100       Santa Ana, CA 92705
cr        LCS Financial Services Corporation       6782 South Potomac St., #100       Centennial, CO 80112
cr        U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee
          as successor by merger to Lasalle Bank, National Association as Trustee for WaMu M       Pite Duncan, LLP c/o
          Matthew Clark       4375 Jutland Dr., Ste. 200       PO Box 17933       San Diego, CA 92177–0933
cr        PRA Receivables Management, LLC       PO Box 12907       Norfolk, VA 23541
cr        U.S. Bank National Association as Trustee for the Registered Holders of ABFC 2007–WMC1 Trust Asset Backed
          Funding Corporation Asset Backed Certificates, Series 2007–WMC1       Law offices of Les Zieve       18377
          Beach Blvd, Suite 210       Huntington Beach, CA 92648
11893861  American Express       c/o Becket and Lee LLP       Po Box 3001       Malvern, PA 19355
11893862  American Express       c/o Becket and Lee LLP       Po Box 3001       Malvern, PA 19355
11893860  American Express       c/o Becket and Lee LLP       Po Box 3001       Malvern, PA 19355
11902150  American Express Bank FSB       c/o Becket and Lee LLP       POB 3001       Malvern PA 19355–0701
11902149  American Express Centurion Bank       c/o Becket and Lee LLP       POB 3001       Malvern PA
          19355–0701
11893863  Arrow Financial Services       5996 W Touhy Ave       Niles, IL 60714
11939826  Ascension Capital Group, Inc.       Attn: JP Morgan Chase Bank       National Association Department       PO
          Box 201347       Arlington, TX 76006
11893864  Atty Gen, US Dept of Justice       Civil Trial Sec., Western Reg       PO Box 683, Ben Franklin
          Stat.       Washington, DC 20044
11893865  Bac Home Loans Servici       450 American St       Simi Valley, CA 93065
11893866  Cach Llc       Attention: Bankruptcy Department       4340 South Monaco St. 2nd Floor       Denver, CO
          80237
11893867  Capital One Bank       c/o Elizabeth A. Bleier, Esq.       16130 Ventura Blvd. Suite 620       San Jose, CA
          95113
13013989  Capital One Bank (USA), N.A.       PO Box 12907       Norfolk, VA 23541
11944481  Capital One Bank (USA), N.A.       by American InfoSource LP as agent       PO Box 71083       Charlotte, NC
          28272–1083
11893868  Capital One Bank, N.A.       by American Infosource Lp As Agent       P.O. box 71083       Charlotte, NC
          28272
11893869  Capital One Bank, N.A.       by American Infosource Lp As Agent       P.O. box 71083       Charlotte, NC
          28272
11893870  Capital One Business       PO Box 85619       Richmond, VA 23285–5619
11893871  Capital One, N.a.       C/O American Infosource       Po Box 54529       Oklahoma City, OK 73154
11893872  Capital One, N.a.       C/O American Infosource       Po Box 54529       Oklahoma City, OK 73154
11893873  Cecile Eustaquio       1998 Park Ave       San Jose, CA 95126
11893874  Chase       Po Box 1093       Northridge, CA 91328
11893875  Citi Flex       Po Box 6241       Sioux Falls, SD 57117
11893876  City Ntl Bk       Attn: Bankruptcy       Po Box 785057       Orlando, FL 32878
11893877  Dcfs Usa Llc       2050 Roanoke Rd       Westlake, TX 76262
11893878  Dell Financial Services       Attn: Bankruptcy Dept.       Po Box 81577       Austin, TX 78708
```

| | | | | |
|---|---|---|---|---|
| 12054665 | Dell Financial Services L.L.C. | c/o Resurgent Capital Services | PO Box 10390 | Greenville, SC 29603–0390 |
| 11893879 | Department Stores National Bank | Bankruptcy Processing | PO Box 8053 | Mason, OH 45040 |
| 11893880 | Department Stores National Bank/Macys | Bankruptcy Processing | PO Box 8053 | Mason, OH 45040 |
| 11893881 | EDD | P.O. Box 826880 | Sacramento, CA 94280 | |
| 11893882 | Emerge | PO Box 790346 | Saint Louis, MO 63179–0346 | |
| 11893883 | Franchise Tax Board | ATTN: Special Procedures | P.O. Box 2952 MS–A430 | Sacramento, CA 95812 |
| 11893884 | Franchise Tax Board | ATTN: Special Procedures | P.O. Box 2952 MS–A430 | Sacramento, CA 95812 |
| 11978394 | HSBC Bank Nevada, N.A. | by PRA Receivables Management, LLC | PO Box 12907 | Norfolk VA 23541 |
| 11893886 | HSBC Bank USA NA | PO Box 5213 | Carol Stream, IL 60197 | |
| 12111898 | HSBC Bank USA, N.A. | c/o Richard J Bauer, Jr. | 1231 E. Dyer Road, Suite 100 | Santa Ana, CA 92705 |
| 12112295 | HSBC Bank USA, National Association as Trustee... | Miles, Bauer, Bergstrom &Winters, LLP | 1231 E. Dyer Road, Suite 100 | Santa Ana, CA 92705 |
| 11893887 | HSBC Receivable Acquisition Company 1 | Attn: Laurie Fix | PO Box 5213 | Carol Stream, IL 60197 |
| 11938170 | HSBC Receivable Acquisition Company 1 | HSBC Bank USA N.A. | P.O. Box 5213 | Carol Stream, IL 60197 |
| 11893885 | Hilco Rec | Attn: Bankruptcy | 1120 Lake Cook Road Suite B | Buffalo Grove, IL 60089 |
| 11893888 | Internal Revenue Service | Centralized Insolvency Operations | P.O. Box 21126 | Philadelphia, PA 19114 |
| 11893889 | Internal Revenue Service | Centralized Insolvency Operations | P.O. Box 21126 | Philadelphia, PA 19114 |
| 11941157 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 12165887 | JP Morgan Chase Bank | c/o Ascension Capital Group | P.O. Box 201347 | Arlignton, TX 76006 |
| 12799009 | JP Morgan Chase, NA | c/o LCS Financial Services COrporation | 6782 S. Potomac Street Suite 100 | Centennial, CO 80112 |
| 11893890 | Macys/fdsb | Macy's Bankruptcy | Po Box 8053 | Mason, OH 45040 |
| 11893891 | Mark D. Walsh | Legal Recovery Law Offices, Inc. | 5030 Camino De La Siesta, #340 | San Diego, CA 92108 |
| 11893892 | NCO Financial Systems, Inc. | PO Box 4275 | Norcross, GA 30091 | |
| 11957069 | OCWEN LOAN SERVICING, LLC | c/o Les Zieve, Esq. | LAW OFFICES OF LES ZIEVE | 18377 Beach Blvd., Suite 210 Huntington Beach, CA 92648 |
| 11933291 | Ocwen Loan Servicing, LLC | Attn: Bankruptcy Department | 1661 Worthington Rd Suite 100 | West Palm Beach, FL 33409 |
| 11893893 | Oxford Collection Services | 135 Maxess Road | Melville, NY 11747 | |
| 11893894 | Portfolio Rc | Attn: Bankruptcy | Po Box 41067 | Norfolk, VA 23541 |
| 12054632 | Portfolio Recovery Associates, LLC | POB 41067 | Norfolk VA 23541 | |
| 11893895 | Resurgent Capital Services | PO Box 10390 | Greenville, SC 29603 | |
| 11893896 | Richard E. Golden, Esq. | Bleier &Cox LLP | 16130 Ventura Blvd, Ste 620 | Encino, CA 91436 |
| 11893897 | Richard Golden | Bleier &Cox LLP | 16130 Ventura Blvd, Ste 620 | Encino, CA 91436 |
| 11893898 | Securities and Exchange Commission | San Francisco Regional Office | 44 Montgomery Street, Suite 2600 | San Francisco, CA 94104 |
| 11893899 | Thelma Waterkamp | 583 Alvarado St | Brisbane, CA 94005 | |
| 12388610 | U.S. Bank National Association, as Trustee | Chase Records Center | Attn: Correspondence Mail Mail Code LA4–555 700 Kansas Lane | Monroe, LA 71203 |
| 12166781 | U.S. Bank National Association, as Trustee | c/o JPMorgan Chase Bank, NA | Attn: OH4–7302 3415 Vision Drive | Columbus, OH 43219 |
| 11893900 | US Atty, Chief Tax Division | 450 Golden Gate Ave | 10th Floor, Box 36055 | San Francisco, CA 94102 |
| 11893901 | Vericrest | Po Box 24610 | Oklahoma City, OK 73124 | |
| 11923463 | Washington Mutual Bank | c/o Christopher M. McDermott | PITE DUNCAN, LLP | 4375 Jutland Drive, Suite 200 P.O. Box 17933 San Diego, CA 92177–0933 |
| 11893902 | Washington Mutual Mortgage/ Chase | Attention: Bankruptcy Dept. JAXA 2035 | 7255 Bay Meadows Way | Jacksonville, FL 32256 |
| 11893903 | Wells Fargi BA | S4101–08C | 100 W. Washington Street | Phoenix, AZ 85003 |
| 11908742 | Wells Fargo Bank, N.A. | Business Direct Division | 100 W. Washington St., 8th Flr | Phoenix, AZ 85003 |
| 11893904 | Wells Fargo Business D | Po Box 29482 | Phoenix, AZ 85038 | |
| 11893905 | Wells Fargo Card Ser | Po Box 5058 | Portland, OR 97208 | |

TOTAL: 78