SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR #56671)
SAGARIA LAW, P.C.
2033 Gateway Place, Fifth Floor
SAN JOSE, CALIFORNIA 95110
(408) 279-2288
(408) 279-2299 FAX

Attorneys for Reorganized Debtor
AIDA ALBAN MIRANDA
dba SUNRISE MANOR RESIDENTIAL CARE HOMES

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>AIDA ALBAN MIRANDA dba SUNRISE MANOR RESIDENTIAL CARE HOMES,<br><br>Reorganized Debtor, | Case No.: 11-54952<br><br>Chapter 11<br><br>**APPLICATION FOR ENTRY OF FINAL DECREE**<br><br>**Final Decree Hearing**<br><br>Date: July 10, 2014<br>Time: 1:15 P.M.<br>Ctrm: 3020<br>Place: United States Bankruptcy Court<br>280 South 1st Street<br>San Jose, CA<br><br>HON. ARTHUR WEISSBRODT |

Reorganized debtor AIDA ALBAN MIRANDA dba SUNRISE MANOR RESIDENTIAL CARE HOMES ("Debtor") hereby applies for a Final Decree in the matter herein. In support thereof, Debtor respectfully represent as follows:

**JURISTDICTION**

1. The Court has jurisdiction over this Application under 11 U.S.C. § 350, Fed. R. Bankr. P 3022 and Bankruptcy Local Rule 3022-1.

**RELAVANT HISTORY**

2. On March 8, 2013 the above entitled Court confirmed the Debtor's Amended Plan of Reorganization. An Order confirming the Debtor's Amended Plan was entered on the docket on March 18, 2013. The Order is now final and un-appealable.

3. As evidenced by the Post-Confirmation Quarterly Reports filed by Debtor, the Debtor has substantially consummated making payments under the confirmed plan. The Post-Confirmation Quarterly Report further certifies that the Debtor has paid all United States Trustee Fees through the first quarter of 2014.

4. Debtor shall file a Post Confirmation Quarterly Report for the Second Quarter of 2014 on or before the hearing for the Final Decree

5. Furthermore, Debtor shall file a declaration regarding disbursements made from the first day of the 3rd quarter of 2014 through the anticipated date of closure and tender a final payment to the United States Trustee.

**POINTS AND AUTHORITIES**

6. Fed. R. Bankr. P 3022 provides "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

7. Additionally, 11 U.S.C. § 350(a) states that a case shall close after it has been fully administered. Pursuant to the Post Confirmation Quarterly Reports, the confirmed plan has been substantially consummated. As soon as the Court has ruled on the Fee Application, the administration of this chapter 11 estate shall be complete and a final decree shall be appropriate.

8. Further, should be noted, while not binding, that "[a]t minimum, the concept of a fully administered bankruptcy estate must mean that administrative claims have been provided for at least to the extent that assets exist out of which administrative claims can be partly or wholly paid.[*In re Kliegl Bros. Universal Elec. Stage Lighting Co*., 238 B.R. 531, 1999 Bankr. LEXIS 1144 (Bankr. E.D.N.Y. 1999) and the "Bankruptcy Code and Rules do not specify when a case has been fully administered, a motion for a final decree should show compliance with the confirmed plan and all orders relating to its consummation [*In re Kliegl Bros. Universal Elec. Stage Lighting Co*., 238 B.R. 531, 1999 Bankr. LEXIS 1144 (Bankr. E.D.N.Y. 1999)]

# CONCLUSION

**WHEREFORE**, Debtors' respectfully request the Court enter a final decree closing the case after;

1. A declaration or other document has been filed which evidences the disbursements made under the confirmed plan from the beginning of the third quarter of 2014 through the anticipated date of a final decree; and
2. All fees have been paid to the United States Trustee; and
3. for such other relief as just and proper.

Respectfully submitted,

**SAGARIA LAW**
**A Professional Corporation**

Dated: June 18, 2014         By:    */s/ Patrick Calhoun*
                                    Patrick Calhoun, Esq.
                                    Attorney for Reorganized Debtors
                                    AIDA ALBAN MIRANDA dba
                                    SUNRISE MANOR RESIDENTIAL
                                    CARE HOMES